■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant. [677 NYS2d 565] —Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered September 15, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court's preclusion of the undercover officer's buy report was a proper exercise of discretion since, despite the fact that the report was not in evidence, the jury repeatedly heard about the omission from the report of a material part of the narrative that was revealed in the officer's trial testimony (*see, People v Piazza*, 48 NY2d 151, 165; *People v Hayes*, 191 AD2d 368, 370, *lv denied* 82 NY2d 719).

By failing to make any objection to closure, defendant has failed to preserve his claim regarding closure of the courtroom during the undercover officer's testimony (*People v Vasquez*, 245 AD2d 178, *lv denied* 91 NY2d 931), and we decline to review it in the interest of justice. Were we to review this claim, we would find that closure was justified by the officer's *Hinton* hearing testimony that several cases were pending from arrests he had made in the neighborhood where the instant case arose, that he was involved in a long-term undercover operation in that vicinity and that he had been threatened on several occasions. Concur—Rosenberger, J. P., Ellerin, Nardelli and Williams, JJ.